MAX S. ROHDE, Respondent, v. CHARLES F. STOKES, Appellant.— Orders reversed, with ten dollars costs and disbursements, and motion granted, with ten

dollars costs, without prejudice to position of case on calendar. Answer to be served within ten days from date of entry of order. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.